# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CANDI BOCOOK,

        Petitioner,   :   Case No. 3:08-cv-309

    - vs -   :   District Judge Walter Herbert Rice
                                               Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL   :
SECURITY,

                                      :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff is not disabled is REVERSED. This matter is remanded to the Commissioner for any further administrative proceeding necessary for a determination of whether Plaintiff is disabled.

April 24, 2009.

                                                       Walter Herbert Rice
                                                       United States District Judge